Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Citigroup, Inc. dba Citibank*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WENDY RIVERA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC. dba CITIBANK, a foreign corporation; DOES I – X; ROE CORPORATIONS I –X.<br><br>Defendants. | Case No.:  2:23-cv-00167-JAD-EJY<br><br>**STIPULATION AND ORDER TO STAY PENDING ARBITRATION**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 6 |

Defendant Citigroup, Inc. dba Citibank ("Citibank") and Plaintiff Wendy Rivera ("Plaintiff"), by and through their respective counsel, hereby request a stay of all proceedings in this matter pending the outcome of arbitration in accordance with the terms set forth in the Employment Arbitration Policy and Plaintiff's Acknowledgement thereof. The Parties have agreed to proceed with arbitration before JAMS. Hence, the JAMS Employment Arbitration Rules and Procedures, will apply to the arbitration proceedings. Nothing in this Stipulation and Order to Stay Pending Arbitration shall be deemed a waiver and/or release for the Parties to present such claims and/or

/ / /

/ / /

/ / /

defenses in Arbitration.  Therefore, it is Ordered that this Matter is Stayed Per 9 U.S.C. §3 and this Matter is Compelled to Arbitration.

DATED this 20th day of March, 2023.

HKM EMPLOYMENT ATTORNEYS LLP

/s/ *Jenny L. Foley*
Jenny L. Foley, Ph.D.
Nevada Bar No. 9017
101 Convention Center Drive
Suite 600
Las Vegas, NV  89109
*Attorneys for Plaintiff*

DATED this 20th day of March, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Noel M. Hernandez*
Suzanne L. Martin
Nevada Bar No. 8833
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 6]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS STAYED pending arbitration.  The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.  Any party may move the court to lift this stay after the arbitration is completed.

_____
U.S. District Judge Jennifer A. Dorsey
March 20, 2023

55370368.v1-OGLETREE